# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kelli Mallard

                    Plaintiff,

v.                                                       Case No.: 1:23–cv–13119
                                                        Honorable Mary M. Rowland

Revlon, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion to reinstate case dismissed without prejudice [8] pursuant to CMO 16 is granted. Plaintiff must serve a complete Plaintiff Fact Sheet, all authorizations, and document productions pursuant to CMO 9 within 10 business days of refiling. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.